# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TCHUTIMA, INC., et al.,

    Plaintiff(s),

v.

BUA GROUP, LLC,

    Defendant(s).

Case No. 2:24-cv-01130-JCM-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by September 25, 2024.

    IT IS SO ORDERED.

    Dated: September 20, 2024

_____
Nancy J. Koppe
United States Magistrate Judge