UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., <br>     Plaintiff(s), <br> v. <br> BUA GROUP, LLC, <br>     Defendant(s). | Case No. 2:24-cv-01130-JCM-NJK <br><br> **Order** <br><br> [Docket No. 49] |

    Pending before the Court is Defendant's motion to compel, filed on an emergency basis. Docket No. 49. The Court has wide discretion in deciding whether an "emergency" actually exists. *See* Local Rule 26-6(d); *see also* Local Rule 7-4(c). The Court does not find the circumstances warrant emergent treatment of this dispute, so it will be briefed and decided in the ordinary course.

    In addition, the Court notes that the motion is directed to a non-party who appears to be represented by attorneys with the law firm of McDonald Carrano. *See, e.g.*, Docket No. 49-3. The proof of service for the pending motion does not reflect service on those attorneys, however. *See* Docket No. 49 at 11. While other references in the papers appear to reflect notice of the motion on these attorneys, *see* Docket No. 49-1 at ¶ 17, the record needs to be clarified. Accordingly, Defendant must file an amended proof of service by noon on December 31, 2024.

    IT IS SO ORDERED.

    Dated: December 30, 2024

                                                      Nancy J. Koppe <br>
                                                    United States Magistrate Judge