# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., <br>     Plaintiff(s), <br> v. <br> BUA GROUP, LLC, <br>     Defendant(s). | Case No. 2:24-cv-01130-JCM-NJK <br><br> **Order** <br><br> [Docket No. 50] |

Pending before the Court is a stipulation regarding document production protocol. Docket No. 50. Unless such agreement interferes with court proceedings or deadlines, parties may stipulate to discovery procedures without obtaining judicial approval. Fed. R. Civ. P. 29. No showing has been made as to why judicial oversight is required for the parties' agreement on a document production protocol. Accordingly, the stipulation regarding document production protocol is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: December 30, 2024

                                                  Nancy J. Koppe <br>
                                                United States Magistrate Judge