# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., <br>     Plaintiff(s), <br> v. <br> BUA GROUP, LLC, <br>     Defendant(s). | Case No. 2:24-cv-01130-JCM-NJK <br><br> **Order** <br><br> [Docket No. 55] |

Pending before the Court is Plaintiffs' motion for leave to serve a supplemental expert report. Docket No. 55. The Court has not identified in that motion any standards for seeking leave from the Court to supplement an expert report. *See id.* at 10, 11. Moreover, the governing rule contemplates supplementation in appropriate circumstances without seeking judicial pre-approval. *See* Fed. R. Civ. P. 26(e)(1)(A).[1]  Accordingly, the Court DENIES without prejudice Plaintiffs' motion for leave to serve a supplemental expert report.

IT IS SO ORDERED.

Dated: January 7, 2025

                                                                Nancy J. Koppe <br>
                                                                United States Magistrate Judge

---

[1] Such supplementation would be subject (if warranted) to the opposing party's filing of a motion to exclude or other challenge. *See, e.g.*, *Silvagni v. Wal-Mart Stores, Inc.*, 320 F.R.D. 237, 240 n.1 (D. Nev. 2017).