UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., <br>     Plaintiff(s), <br> v. <br> BUA GROUP, LLC, <br>     Defendant(s). | Case No. 2:24-cv-01130-JCM-NJK <br><br> **Order** <br><br> [Docket No. 138] |

Pending before the Court is a motion to seal. Docket No. 138. The motion is predicated on an assertion that transcripts of a recent deposition might theoretically contain confidential information such that temporary sealing is warranted to allow the parties time to identify any basis for sealing. The motion to seal is conditionally **GRANTED**. The parties must file a joint statement, by February 14, 2025, why the subject information should not be unsealed in its entirety. If no one contends secrecy is warranted, the joint statement must reflect a stipulated consent to unsealing. If secrecy is sought, that joint statement must include robust argument and the required factual showing, as well as either proposed redactions or meaningful argument as to why redactions are not proper.

IT IS SO ORDERED.

Dated: February 7, 2025

                                                                                                           _____ <br>
                                                                                                            Nancy J. Koppe <br>
                                                                                                             United States Magistrate Judge