UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., <br>     Plaintiff(s), <br> v. <br> BUA GROUP, LLC, <br>     Defendant(s). | Case No. 2:24-cv-01130-JCM-NJK <br><br> **Order** <br><br> [Docket No. 151] |

Pending before the Court is Defendant's motion to seal. Docket No. 151. Plaintiffs filed a supplement. Docket No. 164.

For material submitted in conjunction with dispositive matters, compelling reasons must be shown to warrant secrecy. *Kamakana*, 447 F.3d at 1178. "Such a burden is met by the presentation of evidence, such as a declaration from someone with personal knowledge, rather than by the argument of counsel in motion practice." *Henderson v. Aria Resort & Casino Holdings, LLC*, 2023 WL 4288830, at *1 (D. Nev. June 29, 2023) (collecting cases). The fact that the parties agree to secrecy does not alter the need to make the required showing. *Allegiant Travel Co. v. Kinzer*, 2022 WL 2819734, at *1 n.1 (D. Nev. July 19, 2022).

As a starting point, the parties now stipulate to unsealing the following: Docket No. 149-2 (Exhibit L); Docket No. 149-3 (Exhibit M); Docket No. 149-10 (Exhibit T). *See* Docket No. 164 at 2.

That leaves Exhibits N and O at issue in the sealing request. Docket No. 149-4 (Exhibit N); Docket No. 149-5 (Exhibit O). These two exhibits are tax returns. As a threshold matter, the motion is not supported by a declaration or other competent evidence. *But see* Docket No. 116 at 1 (*Henderson*, 2023 WL 4288830, at *1). As a <u>one-time courtesy</u> and given that tax returns are frequently sealed in light of their sensitive nature, *e.g.*, *Henning v. Arya*, 2023 WL 6392747, at *6-

1

7 (D. Nev. Sept. 30, 2023), the Court will nonetheless allow sealing of these exhibits.  <u>Counsel must ensure moving forward to present properly all requests to seal or redact.</u>

      For the reasons discussed above, the motion to seal is **GRANTED** in part and **DENIED** in part.  The Clerk's Office is **INSTRUCTED** to unseal the following:  Docket No. 149-2 (Exhibit L); Docket No. 149-3 (Exhibit M); Docket No. 149-10 (Exhibit T).  By contrast, the Clerk's Office is **INSTRUCTED** to continue maintaining under seal the following:  Docket No. 149-4 (Exhibit N); Docket No. 149-5 (Exhibit O).

      IT IS SO ORDERED.

      Dated: April 10, 2025

                                                                                                 _____
                                                                                                  Nancy J. Koppe
                                                                                                  United States Magistrate Judge