# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., <br>     Plaintiff(s), <br> v. <br> BUA GROUP, LLC, <br>     Defendant(s). | Case No. 2:24-cv-01130-JCM-NJK <br><br> **Order** <br><br> [Docket No. 127] |

Pending before the Court is Intervenor Penny Chutima's motion for redaction. Docket No. 127. The motion does not make a meaningful or sufficient showing to justify redaction, indicating that time should be provided to make the required showing in a later joint statement. *Id.* at 4. The Court had issued such orders with respect to rough deposition transcripts, for which the parties represented the time had not run to designate portions as confidential. *See, e.g.*, Docket No. 141. The exhibits at issue in this motion are not deposition transcripts and it is unclear why additional time would be needed to make the required showing for secrecy. Anyone seeking secrecy as to this reply brief and/or two exhibits must file a supplement addressing the pertinent standard and making the required showing by April 22, 2025.

IT IS SO ORDERED.

Dated: April 10, 2025

                                                                                                                       _____ <br>
                                                                                                                        Nancy J. Koppe <br>
                                                                                                                      United States Magistrate Judge