# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TCHUTIMA, INC.,

    Plaintiff(s),

v.

BUA GROUP, LLC,

    Defendant(s).

Case No. 2:24-cv-01130-JCM-NJK

**Order**

[Docket No. 157]

    Pending before the Court is Defendant's motion to redact. Docket No. 157. The parties filed a joint statement elsewhere regarding the subject information and agreed to unseal the pertinent information. *See* Docket No. 152 at 3-4. As such, the motion indicates that there is no need for redaction. Docket No. 157 at 3. Accordingly, the motion to redact is **DENIED**. The Clerk's Office is **INSTRUCTED** to unseal Docket No. 155 (reply/opposition).

    IT IS SO ORDERED.

    Dated: April 10, 2025

                                                _____
                                                Nancy J. Koppe
                                                United States Magistrate Judge