UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC.,<br><br>      Plaintiff(s),<br><br>v.<br><br>BUA GROUP, LLC,<br><br>      Defendant(s). | Case No. 2:24-cv-01130-JCM-NJK<br><br>**Order** |

On April 10, 2025, the Court conditionally granted a motion to seal recent deposition transcripts with the requirement that a further joint statement be filed to justify secrecy. Docket No. 187. The parties have now filed a joint statement that secrecy is not justified. Docket No. 193. Accordingly, the Clerk's Office is **INSTRUCTED** to unseal Docket No. 165 and the exhibits thereto.

IT IS SO ORDERED.

Dated: April 23, 2025

                                                                         _____
                                                                                     Nancy J. Koppe
                                                                                     United States Magistrate Judge