FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
JAMIE LEAVITT, ESQ., Nevada Bar No. 16268
jleavitt@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiffs TChutima, Inc. and Saipin Chutima*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TCHUTIMA, INC., a Nevada domestic corporation doing business as LOTUS OF SIAM, SAIPIN CHUTIMA, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BUA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant,<br><br>and<br><br>PENNAPA CHUTIMA, an individual<br><br>Intervenor. | CASE NO.: 2:24-cv-01130-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS (ECF NO. 173)**<br><br>**(FIRST REQUEST)** |

Plaintiffs TChutima, Inc. ("***TChutima***") and Saipin Chutima ("***Chef Chutima***"), along with Defendant Bua Group, LLC ("***Bua Group***") and Intervenor Pennapa Chutima ("***Penny***") (collectively, the "***Parties***"), by and through their respective counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadline for Plaintiffs to file an Opposition to Bua Group's Motion to Dismiss the Second Amended Complaint (ECF No. 173).

The Parties hereby stipulate to the following:

1. Bua Group filed a Motion to Dismiss the Second Amended Complaint ("***Motion***") in the above-captioned case on April 10, 2025. *See* ECF No. 173.

33493773

1    2.    The current deadline for Plaintiffs to file an Opposition to the Motion is April 24, 2025.

3.    The Parties stipulate to a two-week extension, setting the Opposition deadline at May 8, 2025.

4.    This is the Parties' first request to move the briefing schedule for this Motion.

5.    By executing this stipulation, the parties do not waive any argument or assertion related to who is authorized to serve as Bua Group's counsel.

**IT IS SO STIPULATED.**

DATED: April 24, 2025.

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **PISANELLI BICE PLLC** |
| By: */s/ Frank M. Flansburg III*<br>Frank M. Flansburg, III, Esq., Bar No. 6974<br>Emily A. Ellis, Esq., Nevada Bar No. 11956<br>Jamie Leavitt, Esq., Nevada Bar No. 16268 | By: */s/ Emily A. Buchwald*<br>Todd L. Bice, Esq., Bar No. 4534<br>Emily A. Buchwald, Esq., Bar No. 13442<br>Daniel Brady, Esq., Bar No. 15508 |
| *Attorneys for Plaintiffs TChutima, Inc. and Saipin Chutima* | *Attorneys for Defendant Bua Group, LLC* |

**MCDONALD CARANO LLP**

By: */s/ Rory T. Kay*
Rory T. Kay, Esq., Bar No. 12416
John A. Fortin, Esq., Bar No. 15221

*Attorneys for Intervenor Pennapa Chutima*

2

33493773

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., a Nevada domestic corporation doing business as LOTUS OF SIAM, SAIPIN CHUTIMA, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BUA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 2:24-cv-01130-JCM-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS (ECF NO. 173)**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY ORDERED that the Parties' stipulation to extend the deadline for Plaintiffs to file an Opposition to Defendant's Motion to Dismiss the Second Amended Complaint (ECF No. 173) is hereby GRANTED. The date for the Plaintiffs to file an Opposition will be extended to May 8, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 30, 2025

3

33493773