Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
Daniel R. Brady, Esq., Bar No. 15508
DRB@pisanellibice.com
 PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100
Facsimile:   702.214.2101

*Counsel for Defendant Bua Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TCHUTIMA, INC., a Nevada domestic corporation doing business as LOTUS OF SIAM; SAIPIN CHUTIMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BUA GROUP, LLC, a Delaware limited liability company;<br><br>Defendant,<br><br>and<br><br>PENNAPA CHUTIMA, an individual,<br><br>Intervenor. | CASE NO. 2:24-cv-01130-JAD-NJK<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 226] |

Defendant Bua Group, LLC ("Bua Group") and Plaintiffs TChutima, Inc. ("TChutima,") and Saipan Chutima ("Saipan") ("Plaintiffs") and Intervenor Pennapa Chutima ("Penny") (collectively the "Parties"), through counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadlines for the Parties to file dispositive motions by 45 days:

The Parties hereby stipulate to the following:

1. On March 24, 2025, the Court entered the Stipulation and Order to Extend Discovery and Dispositive Deadlines [Third Request], setting the deadline for the parties to file dispositive motions as June 5, 2025. ECF No. 168.

1

33853429

2. As of the date of this proposed stipulation, the parties have the following pending motions that may impact the arguments or scope of their respective potential dispositive motions:

    a. Plaintiffs' Motion to Enforce the Preliminary Injunction, Renewed Request for Sanctions, and Renewed Request for Relief Under 15 U.S.C. § 1116(a) (ECF No. 39);

    b. Bua Group's Countermotion to Dissolve Order (ECF No. 29) Based on New Facts or, in the Alternative, for an Evidentiary Hearing (ECF No. 95);

    c. Bua Group's Motion to Dismiss Second Amended Complaint (ECF No. 173);

    d. Pennapa Chutima's Motion to Disqualify Pisanelli Bice, PLLC from Representing Defendant Bua Group, LLC (ECF No. 200);

    e. Pennapa Chutima's Motion to Stay Discovery Pending Resolution of Motion to Disqualify Pisanelli Bice, PLLC from Representing Defendant Bua Group, LLC (ECF No. 203); and

    f. Bua Group's Motion to Compel Plaintiffs to Supplement Privilege Log and Produce Documents in Their Possession, Custody, and Control (ECF No. 204).

3. The Parties stipulate to a 45-day extension of time to file dispositive motions, setting deadline to file dispositive motions at July 21, 2025.

4. This is the Parties' first request to move the dispositive motion deadline, following three stipulations to extend discovery.  *See* ECF Nos. 37, 121, 169.

5. This stipulation does preclude any future requests to alter the dispositive motion deadlines.

///

///

///

33853429

6. By executing this stipulation, the Parties do not waive any argument or assertion related to who is authorized to serve as Bua Group's counsel.

DATED this 28th day of May 2025.

Respectfully submitted by:

| PISANELLI BICE PLLC | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By:  */s/ Emily A. Buchwald*<br>Todd L. Bice, Esq., #4534<br>Emily A. Buchwald, Esq., #13442<br>Daniel R. Brady, Esq., #15508<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 | By:  */s/ Maximilien D. Fetaz*<br>Frank M. Flansburg III, Esq., #6974<br>Emily A. Ellis, Esq., #11956<br>Maximilien D. Fetaz, Esq., #12737<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106 |
| *Counsel for Defendant Bua Group, LLC* | *Counsel for Plaintiffs TChutima, Inc. and Saipin Chutima* |

McDONALD CARANO LLP

By:  */s/ John A. Fortin*
RORY T. KAY
Nevada Bar No. 12416
JOHN A. FORTIN
Nevada Bar No. 15221
2300 W. Sahara Avenue
Las Vegas, Nevada  89102

*Counsel for Intervenor Pennapa Chutima*

## ORDER

IT IS HEREBY ORDERED that, with good cause appearing, the parties' stipulation **[ECF No. 226] is GRANTED**.  The parties' deadline to file dispositive motions is extended to July 21, 2025.

_____
U.S. District Judge Jennifer A. Dorsey
June 5, 2025

33853429

3