# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TCHUTIMA, INC., et al.,

    Plaintiff(s),

v.

BUA GROUP, LLC,

    Defendant(s).

Case No. 2:24-cv-01130-JAD-NJK

**Order**

[Docket No. 222]

    Pending before the Court is Defendant's motion to redact its reply to its motion to compel and to seal two exhibits filed in relation to that reply. Docket No. 222. Defendant explains that it filed the motion to seal to afford Plaintiffs an opportunity to support sealing since they designated the information as confidential. *See id.* Plaintiffs have not responded to the motion and the deadline to do so has expired. *See* Local Rule 7-2(b). Having not been presented with a particularized showing of good cause for redaction or sealing, the Court **DENIES** the motion to redact and seal. The Clerk's Office is **INSTRUCTED** to unseal Docket No. 220 and Docket No. 221 (including the exhibits thereto).

    IT IS SO ORDERED.

    Dated: June 18, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge

1