# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TCHUTIMA, INC., et al.,

    Plaintiff(s),

v.

BUA GROUP, LLC,

    Defendant(s).

Case No. 2:24-cv-01130-JAD-NJK

**Order**

[Docket No. 177]

Pending before the Court is Defendant's motion to redact its motion to dismiss and to seal four exhibits filed in relation to the motion to dismiss. Docket No. 177; *see also* Docket No. 173 (motion to dismiss under seal); Docket No. 175-2 (Exhibit B); Docket No. 175-5 (Exhibit E); Docket No. 175-7 (Exhibit G); Docket No. 175-11 (Exhibit K). Defendant filed a supplement withdrawing the request to seal Exhibits E, G, and K. Docket No. 235 at 3. Defendant seeks redaction to the motion to dismiss and to Exhibit B. *Id.* at 3-4.

With respect to the redactions sought, Defendant filed a declaration attesting that the underlying information relates to proprietary information regarding intellectual property, corporate structure, and financing, the public release of which could cause competitive disadvantage. Docket No. 235-1 at ¶¶ 3-4. For compelling reasons shown, these redactions will be allowed.

Accordingly, the motion to seal will be **GRANTED** in part and **DENIED** in part. The Clerk's Office is **INSTRUCTED** to unseal Docket No. 175-5, Docket No. 175-7, and Docket No. 175-11. The Clerk's Office is **INSTRUCTED** to maintain the seal as to Docket No. 173 and Docket No. 175-2. Defendant must file, by July 1, 2025, a notice attaching copies of the motion to dismiss and Exhibit B with the allowed redactions.

IT IS SO ORDERED.

Dated: June 24, 2025

Nancy J. Koppe
United States Magistrate Judge

1