# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., et al., <br>     Plaintiff(s), <br> v. <br> BUA GROUP, LLC, <br>     Defendant(s). | Case No. 2:24-cv-01130-JAD-NJK <br><br> **Order** <br><br> [Docket No. 211] |

Pending before the Court is Defendant's motion to seal an exhibit with information concerning the terms of a lease between Bua Group and non-party NP Red Rock, LLC. Docket No. 211; *see also* Docket No. 210 (Exhibit O filed under seal). No response was filed. Defendant filed a supplement withdrawing its request to seal. Docket No. 235 at 3. Accordingly, the motion to seal is DENIED. The Clerk's Office is INSTRUCTED to unseal the subject filing.

IT IS SO ORDERED.

Dated: June 24, 2025

                                                                                                     Nancy J. Koppe <br>
                                                                                                     United States Magistrate Judge