UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., a Nevada domestic corporation doing business as LOTUS OF SIAM; SAIPIN CHUTIMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOU ABIN, an individual;<br><br>Defendant | CASE NO. 2:24-cv-01130-JCM-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL** |

Defendant Lou Abin ("Abin") and Plaintiffs TChutima, Inc. ("TChutima,") and Saipan Chutima ("Saipan") ("Plaintiffs") (collectively the "Parties"), through counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadlines for Abin to file a renewed motion to compel by seven days:

The Parties hereby stipulate to the following:

1. On October 20, 2025, the Court entered an Order denying without prejudice Bua Group, LLC's Motion to Compel Plaintiffs to Supplement Privilege Log and Produce Documents in Their Possession, Custody, and Control (ECF No. 204), filed May 8, 2025.

2. In the Order, the Court noted that the recent substitution of Abin as a derivative defendant for Bua Group and that Pennapa "Penny" Chutima was terminated as an intervenor, and questioned whether the case developments impacted the pending motion to compel. ECF No. 264.

1

3. The Court directed counsel to engage in a meet-and-confer on the discovery dispute and, to the extent warranted, a renewed motion to compel must be filed by October 27, 2025.

4. Because all meet-and-confers must be in person in this case (ECF No. 179), the counsel for the Parties engaged in an in-person meet and confer on October 23, 2025. There, the parties discussed the outstanding discovery issues, and any potential impact of the case developments.

5. While the Parties have not reached a resolution of the issues, they believe that additional conversations may impact or narrow the potential issues that would need to come before the Court in a renewed motion to compel.

6. Therefore, the Parties stipulate to a seven-day extension of time for Abin to file a motion to compel, from October 27, 2025 to November 3, 2025.

7. This stipulation does preclude any future requests to alter the deadline to file a renewed motion to compel.

8. This is the first request to extend the deadline to file the renewed motion to compel.

DATED this 24th day of October 2025.

Respectfully submitted by:

### ORDER

The above stipulation having been considered and good cause appearing therefor,

IT IS SO ORDERED that the deadline for Abin to file a renewed motion to compel is extended to November 3, 2025.

Dated: October 27, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2