Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Counsel for Derivative Defendant Louis Abin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., a Nevada domestic corporation doing business as LOTUS OF SIAM; SAIPIN CHUTIMA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS ABIN, a derivative defendant and individual, <br><br> Defendant. | CASE NO. 2:24-cv-01130-JAD-NJK <br><br> **MOTION TO WITHDRAW DANIEL R. BRADY, ESQ. AS COUNSEL OF RECORD** |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

REQUEST IS HEREBY MADE THAT Daniel R. Brady, Esq., formerly with the law firm of Pisanelli Bice PLLC, be removed from the service list in this case. Notices should no longer be sent to the following email: drb@pisanellibice.com.

This Motion is made pursuant to Local Rule IA 11-6(b). Derivative Defendant LOUIS ABIN is still represented in this action by PISANELLI BICE PLLC. As such, the proposed withdrawal of Mr. Brady will not result in any delays in litigating this action. Notice of the proposed withdrawal of Mr. Brady is being provided to all counsel through this filing.

/ / /

/ / /

/ / /

/ / /

/ / /

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1

Accordingly, Mr. Brady can be removed from the service list for the above-entitled case.

DATED this 14th day of January 2026.

PISANELLI BICE PLLC

By: ___/s/ Emily A. Buchwald___
Todd L. Bice, Esq., #4534
Emily A. Buchwald, Esq., #13442
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Counsel for Derivative Defendant Louis Abin*

IT IS SO ORDERED.
Dated:  January 14, 2026
.
.

_____
Nancy J. Koppe
United States Magistrate Judge