FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ.
Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TCHUTIMA, INC., a Nevada domestic corporation doing business as LOTUS OF SIAM; SAIPIN CHUTIMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS ABIN;<br><br>Defendant | CASE NO. 2:24-cv-01130-JCM-NJK<br><br>[PROPOSED] **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**[SECOND REQUEST]**<br><br>**AND TO EXTEND DISCOVERY RELATED DEADLINES SET BY MAGISTRATE JUDGE**<br><br>**[FIRST REQUEST]** |

Defendant Louis Abin ("***Abin***" or "Defendant") and Plaintiffs TChutima, Inc. ("***TChutima***") and Saipin Chutima ("***Saipin***") ("***Plaintiffs***") (collectively the "Parties"), through counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadlines for the Parties to file dispositive motions and to extend discovery related deadlines set by Magistrate Judge by 45 days. This is the Parties' third request to extend the dispositive motion deadline and first request to continue the other discovery related deadlines.

The Parties hereby stipulate to the following:

1.    On March 24, 2025, the Court entered the Stipulation and Order to Extend Discovery and Dispositive Deadlines [Third Request], setting the deadline for the parties to file dispositive motions as June 5, 2025. ECF No. 168.

50092368.1

2.    On June 6, 2025, the Court entered the Stipulation and Order to Extend Deadline to File Dispositive Motions [First Request], setting the deadline to file dispositive motions to July 21, 2025. ECF No. 227.

3.    Resolving pending motions, the Court extended the dispositive motions deadline to January 21, 2026. ECF No. 281.

4.    Given other pending discovery motions, the Court extended the dispositive motions deadline to **March 27, 2026**. ECF No. 283.

5.    On January 13, 2026, the Court granted the pending motion to reopen discovery for purposes of taking certain depositions,[1] providing a deadline of **February 25, 2026**, for the parties to conduct those depositions ("***Conducting Specific Depositions***").  ECF No. 287.

6.    On the same day, the Court granted the Defendant's request to compel documents and ordered that on or before **February 4, 2026**, the Plaintiffs were required to produce responsive, non-privileged documents, including those that originated with Penny Chutima ("***Plaintiffs' Supplemental Production***").  ECF No. 288.

7.    After conducting a hearing on the Renewed Motion to Compel Plaintiffs to Supplement Privilege Log, the Court ordered Plaintiffs to supplement their Privilege Log no later ("***Plaintiffs' Supplemental Privilege Log***") than **February 6, 2026**. ECF No. 292.

8.    The Parties met and conferred concerning the existing deadlines to discuss (i) the availability of witnesses, (ii) complications with the dialect-specific translation of witnesses, (iii) counsel's existing conflicts, (iv) the time associated with the filtering and review of the responsive documents from for the Plaintiffs' Supplemental Production, and (v) the time for preparation of dispositive motions anticipated by the Parties.

9.    Based on the Parties' good faith conference, the Parties mutually agree that additional time to complete the pending discovery is appropriate.

10.    Taken together, the Parties hereby stipulate and respectfully request, that all foregoing deadlines be extended 45 days, resulting in the following schedule:

---

[1]    The Court granted Defendant's request to take the depositions of Pennapa Chutima and TChutima's FRCP 30(b)(6) designee, as well as the continued deposition of Saipin

2

50092368.1

| Discovery/Motion Due | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Supplemental Production | February 4, 2026 | March 23, 2026[2] |
| Plaintiffs' Supplemental Privilege Log | February 6, 2026 | March 23, 2026 |
| Conducting Specific Depositions | February 25, 2026 | April 13, 2026[3] |
| Dispositive Motions | March 27, 2026 | May 11, 2026 |

11. The Parties make this Stipulation in good faith and not for the purpose of delay.

12. This stipulation does preclude any future requests to alter the foregoing deadlines.

DATED this 30th day of January, 2026.

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Frank M. Flansburg III
Frank M. Flansburg III, Esq., #6974
Emily A. Ellis, Esq., #11956
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Counsel for Plaintiffs TChutima, Inc. and Saipin Chutima*

PISANELLI BICE PLLC

By: /s/ Emily A. Buchwald
Todd L. Bice, Esq., #4534
Emily A. Buchwald, Esq., #13442
Christopher P. Zimmerman, Esq., #17132
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Counsel for Defendant Louis Abin*

### ORDER

A robust showing of good cause has not been made, but the Court will allow the extensions as a one-time courtesy. The stipulations (Docket Nos. 293, 294) are GRANTED. **No further extensions will be granted.**

IT IS SO ORDERED.

Dated:  January 30, 2026

Nancy J. Koppe
United States Magistrate Judge

[2] Because 45 days from February 4, 2026, is Saturday, March 21, 2026 the parties agree that this deadline is pushed to Monday, March 23, 2026.
[3] Because 45 days from February 25, 2026 is Saturday, April 11, 2026, the parties agree that this deadline is pushed to Monday, April 13, 2026.

3

50092368.1