FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
fflansburg@bhfs.com
EMILY A. ELLIS, ESQ.
Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiffs TChutima, Inc. and Saipin Chutima*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TCHUTIMA, INC., a Nevada domestic corporation doing business as LOTUS OF SIAM, SAIPIN CHUTIMA, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BUA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant,<br><br>and<br><br>PENNAPA CHUTIMA,<br><br>Intervenor. | CASE NO.: 2:24-cv-01130-~~JCM~~-NJK  JAD<br><br>**~~[PROPOSED]~~ STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE RULE 30(B)(6) DEPOSITION OF TCHUTIMA, INC.**<br><br>**[SECOND REQUEST]** |

Plaintiffs TChutima, Inc. ("***TChutima***") and Saipin Chutima ("***Chef Chutima***"), along with Defendant Bua Group, LLC ("***Bua Group***"), by and through their respective counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadline for Bua Group to conduct TChutima, Inc.'s Rule 30(b)(6) Deposition. This is the Parties' second request to extend this deadline.

The Parties hereby stipulate to the following:

1.      On January 13, 2026, the Court granted Bua Group's motion to reopen discovery for purposes of taking certain depositions, providing a deadline of February 25, 2026, for the Parties to conduct specific depositions, including the deposition of TChutima Inc.'s Rule 30(b)(6) witness.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

ECF No. 287.

2.    Following stipulation by the Parties, the Court ordered the depositions must be completed by April 13, 2026.  ECF No. 295.

3.    Thereafter, Bua Group noticed three depositions.

4.    The Parties completed two depositions, and TChutima Inc.'s Rule 30(b)(6) deposition was noticed to occur on April 13, 2026.

5.    Due to an unexpected emergency medical issue involving her young child being taken to the Hospital Emergency Room for difficulty breathing, the Rule 30(b)(6) witness for TChutima Inc. was not able to appear for the deposition as noticed on April 13, 2026.

6.    To accommodate the unexpected emergency, the Parties hereby stipulate and respectfully request, that the Court extend the deadline for Bua Group to conduct TChutima, Inc.'s Rule 30(b)(6) Deposition to April 16, 2026, with the deposition noticed for April 16, 2026.

7.    The deadline for the parties to file any motions for summary judgment will remain May 11, 2026.

8.    The Parties make this Stipulation in good faith and not for the purpose of delay.

9.    This stipulation does preclude any future requests to alter any deadlines in this action.

DATED this 13th day of April, 2026.

Respectfully submitted by:

PISANELLI BICE PLLC

By: /s/ Emily A. Buchwald
    Todd L. Bice, Esq., #4534
    Emily A. Buchwald, Esq., #13442
    Christopher P. Zimmerman, Esq., #17132
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Counsel for Defendant Bua Group, LLC*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Frank M. Flansburg III
    Frank M. Flansburg III, Esq., #6974
    Emily A. Ellis, Esq., #11956
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106

*Counsel for Plaintiffs TChutima, Inc. and Saipin Chutima*

IT IS SO ORDERED.
Dated:  April 14, 2026

_____
United States Magistrate Judge

2